Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Phone: (916) 333-2222
Email: legal@rickmorin.net

Attorney for Defendant Cruise America, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>          Plaintiff,<br><br>     vs.<br><br>Cruise America, Inc., a Florida Corporation and Does 1-10;<br><br>          Defendants. | Case No. 2:20-cv-01987-TLN-AC<br><br>**STIPULATION AND ORDER FOR REFERRAL TO VDRP AND FOR IMPOSITION OF STAY** |

     Plaintiff Chris Langer ("Plaintiff") and Defendant Cruise America, Inc. ("Defendant"), by and through their respective counsel of record, stipulate and agree to the following:

     1.     Plaintiff filed this complaint October 5, 2020 and Defendants answered October 19, 2020.

     2.     Pursuant to Local Rule 271, the parties hereby agree to submit this case to VDRP so long as the Plaintiff can attend VDRP remotely.

     3.     The parties also elect to stay all proceedings pending the outcome of VDRP.

     Respectfully submitted,

Dated November 24, 2020                    Law Office of Rick Morin, PC

                              */s/ Rick M*
                              _____
                              By: Richard Morin
                              Attorney for Defendants

---
1
STIPULATION AND ORDER

Dated November 18, 2020                                Center for Disability Access

/s/ Zachary Best
By: Zachary Best
Attorneys for Plaintiff

Good cause appearing, the Court grants the above stipulation. This case shall be referred to VDRP for dispute resolution and all other proceedings are hereby stayed until further order of the court.

IT IS SO ORDERED.

Dated: November 24, 2020

Troy L. Nunley
United States District Judge